**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Nash & Associates, LLC | * | |
| P.O. Box 65009 | * | |
| Baltimore, Maryland 21209 | * | |
| | * | |
| *Plaintiff in Interpleader* | * | |
| | * | |
| v. | * | |
| | * | Case No. <u>1:14-cv-00376-WDQ</u> |
| Alfred Gwynn, | * | |
| 25 Sheraton Road | * | |
| Randallstown, Maryland, 21133, | * | |
| | * | |
| United States of America, | * | |
| (Department of Veterans Affairs) | * | |
| | * | |
|     Serve On: | * | |
|     United States Attorney General | * | |
|     Department of Justice | * | |
|     10th and Pennsylvania Avenue, NW | * | |
|     Washington, D.C. 20530 | * | |
| | * | |
|     And | * | |
| | * | |
|     Rod J. Rosenstein | * | |
|     United States Attorney | * | |
|     For the District of Maryland | * | |
|     36th S. Charles Street, 4th Floor | * | |
|     Baltimore, Maryland 21201 | * | |
| | * | |
| United States of America, | * | |
| (Defense Health Agency t/a Tricare) | * | |
| | * | |
|     Serve On: | * | |
|     Department of Defense | * | |
|     Office of General Counsel | * | |
|     1600 Defense Pentagon | * | |
|     Washington, D.C. 20301-1600 | * | |
| | * | |
|     And | * | |
| | * | |
|     Rod J. Rosenstein | * | |
|     United States Attorney | * | |
|     36 S. Charles Street, 4th Floor | * | |

|  |  |
|---|---|
| Baltimore, Maryland 21201 | * |
|  | * |
| And | * |
|  | * |
| United States Attorney General | * |
| Department of Justice | * |
| 10th and Pennsylvania Avenue, NW | * |
| Washington, D.C. 20530 | * |
|  | * |
| And | * |
|  | * |
| Aetna Life Insurance Company, | * |
| 151 Farmington Avenue | * |
| RT 21 | * |
| Hartford, Connecticut 06156 | * |
|  | * |
| Serve On: | * |
| State of Maryland | * |
| Employee Benefits Division | * |
| 301 West Preston Street | * |
| Baltimore, Maryland 21201 | * |
|  | * |
| *Defendants in Interpleader* | * |

*************************************************************************

# DEFENDANT ALFRED GWYNN'S MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT ALFRED GWYNN'S MOTION TO DISMISS

Now comes the Plaintiff, Alfred Gwynn, by and through his undersigned lawyers, Donald R. Huskey of the Law Offices of Donald R. Huskey, LLC and Governor E. Jackson, III, of the Law Office of Governor Jackson, III LLC and files this Memorandum of Law In Support of the Defendant Alfred Gwynn's Motion to Dismiss and for reasons states[1]:

    1.        Mae F. Gwynn as the Personal Representative filed a Motion for Reconsideration, or in the alternative for appeal of the decision of the Veterans Administration Regional Counsel dated June 21, 2013 asserting the lien of the Veterans Administration Tricare on February 12, 2014.

---

[1] Mae F. Gwynn, the wife of Alfred Gwynn who died on January 2, 2014, has been named the Personal Representative of the Estate by will and the Estate has been opened and issuance of the Letters of Administration by the Court are pending. Counsel for Plaintiff in the Interpleader have agreed to amend the interpleader action when the letters are received.

2. The United States District Court for the District of Maryland lacks subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12 (b) (1) given that Ms. Gwynn's Motion for Reconsideration now pending in the applicable administrative agency.

3. The Secretary of the Veterans Administration has authority to make decisions regarding the benefits of veterans. 38 U.S.C. 511(a). Alfred Gwynn, through the Personal Representative of his estate, has filed pursuant to 28 CFR §20.201, a Notice of Disagreement (Authority 38 U.S.C. §7105), within one year of the Veterans Administration Regional Counsel's decision as permitted by statute. In the event that the Personal Representative disagrees with the decision of the Department of the Veteran's Administration, she will file appeal pursuant to 38 CFR §20.200-Appeal (Authority 38 U.S.C. 7105) and 38 CFR §20.202 Rule 202-Substantive Appeal (Authority 38 U.S.C. 7105 (d) (3)- (5). The Personal Representative may then file an appeal to the Board of Veteran's Appeal (BVA). If she disagrees with this decision, the Personal Representative may then file an appeal of the BVA's decision to the Court of Appeals for Veterans Claims (CAVC).

4. The United States Court of Appeals for the Federal Circuit has exclusive jurisdiction to hear cases involving challenges to VA decisions in an appeal of a CAVC decision, and in cases involving a direct challenge to VA regulations and VA policies of general applicability pursuant to 38 USC §7292.

Wherefore, for the reasons stated in the Motion to Dismiss and incorporated Memorandum of Law, Defendant Alfred Gwynn respectively requests that the case be dismissed.

Respectfully submitted,

          /s/
Donald R. Huskey (Bar No. 22981)
Law Offices of Donald R. Huskey LLC
9419 Lyonswood Drive
Owings Mills, Maryland 21117
(410) 347-7979


        /s/
Governor E. Jackson, III (Bar No. 27673)
Law Offices of Governor E. Jackson, III, LLC
400 E. Joppa Road, Suite 50
Towson, Maryland 21286
(410) 528-5150
(410) 528-1055 (f)

*Attorneys for Defendant Alfred Gwynn*

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014, copy of Defendant Alfred Gwynn's Memorandum of Law In Support of Defendant Alfred Gwynn's Motion to Dismiss was electronically filed via ECF/PACER, and an electronic copy was sent to Jason D. Medinger, Esq., Assistant United States Attorney, 36 S. Charles Street, 4th Floor, Baltimore, Maryland 21201, and a copy was sent first class mail to Erin A. Risch, Esq., Eccleston and Wolf, P.C., 7240 Parkway Drive, 4th Floor Hanover, Maryland 21076, Counsel for Nash & Associates, LLC, and Aetna Life Insurance Company, 151 Farmington Avenue, Route 21, Hartford, Connecticut 06156.

/s/
Donald R. Huskey (Bar No. 22981)
Law Offices of Donald R. Huskey LLC
9419 Lyonswood Drive
Owings Mills, Maryland 21117
(410) 347-7979

/s/
Governor E. Jackson, III (Bar No. 27673)
Law Offices of Governor E. Jackson, III, LLC
400 E. Joppa Road, Suite 50
Towson, Maryland 21286
(410) 528-5150
(410) 528-1055 (f)

*Attorneys for Defendant Alfred Gwynn*